BUCHALTER NEMER
A Professional Corporation
ELIZABETH MURPHY (SBN: 174095)
CYNTHIA L. FAIR (SBN: 210816)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendant
CONOCOPHILLIPS COMPANY (erroneously alleged as "CONOCOPHILLIPS")

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2007 APR -5 PM 12:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEO ESCOVEDO,

    Plaintiff,

vs.

CONOCOPHILLIPS, STEVE CADDEL, DENNIS DOHTERY, and DOES 1 through 100, inclusive,

    Defendants.

Case No. CV06-06362 RGK (RZx)

[ASSIGNED TO HON. R. GARY KLAUSNER]

**STIPULATION TO DISMISS ACTION WITH PREJUDICE, AND ORDER THEREON**

    IT IS HEREBY STIPULATED by and between Plaintiff Leo Escovedo and Defendant ConocoPhillips Company, by and through their respective attorneys of record, that the parties agree to dismiss this action in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a) and each party shall bear its own attorney fees and costs in this matter.

///
///
///
///

DOCKETED ON CM
APR 10 2007
BY ___ 022

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 1167523v1

1

The parties seek approval of dismissal of this action with prejudice.

IT IS SO STIPULATED.

DATED: March ____, 2007         BASH & POLYACHENKO
       April 2, 2007            A Professional Corporation

                                By: _____
                                    ALEXANDER M. POLYACHENKO
                                    Attorneys for Plaintiff
                                    LEO ESCOVEDO


DATED: March ____, 2007         BUCHALTER NEMER
                                A Professional Corporation


                                By: _____
                                    CYNTHIA L. FAIR
                                    Attorneys for Defendant
                                    CONOCOPHILLIPS COMPANY
                                    (erroneously sued as
                                    "CONOCOPHILLIPS")


## ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV06-06362 RGK (RZx), is dismissed in its entirety as to all defendants, with prejudice;

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorney fees and costs in this matter.

IT IS SO ORDERED.

DATED: 04-06-07                 _____
                                HON. R. GARY KLAUSNER
                                Judge, United States District Court

1     The parties seek approval of dismissal of this action with prejudice.

2     IT IS SO STIPULATED.

3  DATED: March _____, 2007     BASH & POLYACHENKO
A Professional Corporation

By:_____
    ALEXANDER M. POLYACHENKO
    Attorneys for Plaintiff
    LEO ESCOVEDO

DATED: ~~March~~ APRIL 4, 2007     BUCHALTER NEMER
A Professional Corporation

By:_____
    CYNTHIA L. FAIR
    Attorneys for Defendant
    CONOCOPHILLIPS COMPANY
    (erroneously sued as
    "CONOCOPHILLIPS")

## ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV06-06362 RGK (RZx), is dismissed in its entirety as to all defendants, with prejudice;

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorney fees and costs in this matter.

IT IS SO ORDERED.

DATED: _____      _____

    HON. R. GARY KLAUSNER

    Judge, United States District Court

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**STIPULATION TO DISMISS ACTION WITH PREJUDICE, AND ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by ___ faxing and/or _x_ placing a true copy thereof in a sealed envelope as follows:

> **Alexander M. Polyachenko, Esq.**
> **Bash & Polyachenko**
> **8383 Wilshire Boulevard, Suite 634**
> **Beverly Hills, CA 90211**

[x]     **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on April 5, 2007. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

[x]     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on April 5, 2007, at Los Angeles, California.

[x]     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 5, 2007, at Los Angeles, California.

_____         _____
Evelyn Esparza                              (Signature)

BN 1007464v1

PROOF OF SERVICE